NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC YOKANI MORENO-OCHOA,<br><br>Defendant. | Case No.: 2:18-cr-00116-JAD-CWH<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 43) and Defendant's Reply**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Andrew M. Leavitt, counsel for Eric Yokani Moreno-Ochoa, that the government's response to defendant's motion to dismiss (ECF No. 43) currently due on Friday, June 21, 2019, be vacated and continued to July 5, 2019, with defendant's corresponding reply due on July 12, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel continues to need additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. This is the first request for continuance of the government response to defendant's motion to dismiss.

DATED this 21st day of June, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

By /s/ *Andrew M. Leavitt*
ANDREW M. LEAVITT

By /s/ *Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC YOKANI MORENO-OCHOA,

    Defendant.

Case No.: 2: 18-cr-00116-JAD-CWH

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 43) currently due on Friday, June 21, 2019, be vacated and continued to July 5, 2019, with defendant's corresponding reply due on July 12, 2019.

DATED this __26__ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE