NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC YOKANI MORENO-OCHOA,<br><br>Defendant. | Case No.: 2:18-cr-00116-JAD-CWH<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 43) and Defendant's Reply**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Andrew M. Leavitt, counsel for Eric Yokani Moreno-Ochoa, that the government's response to defendant's motion to dismiss (ECF No. 43) currently due on Friday, July 5, 2019, be vacated and continued to July 12, 2019, with defendant's corresponding reply due on July 19, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel continues to need additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. The government is currently attempting to obtain documentation which may be despotive of the case.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the second request for continuance of the government response to defendant's motion to dismiss.

DATED this 5th day of July, 2019.

                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney

By /s/ Andrew M. Leavitt             By /s/ Jared L. Grimmer
ANDREW M. LEAVITT                JARED L. GRIMMER
                                                               Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC YOKANI MORENO-OCHOA,

    Defendant.

Case No.: 2: 18-cr-00116-JAD-CWH

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 43) currently due on Friday, July 5, 2019, be vacated and continued to July 12, 2019, with defendant's corresponding reply due on July 19, 2019.

DATED this __10__ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE