ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
MATTHEW D. COX, ESQ.
Nevada Bar # 10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:18-cr-00116-JAD-CWH |
| ERIC MORENO-OCHOA, | |
| Defendant | |

### JOINT STIPULATION TO CONTINUE DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 43)

(Defendant's 2nd Request)

**IT IS HEREBY STIPULATED AND AGREED**, by and between JARED GRIMMER, Assistant United States Attorney, ANDREW M. LEAVITT, ESQ. and MATTHEW D. COX, ESQ., counsel for ERIC MORENO-OCHOA that the Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss (ECF No. 43) that was due July 19, 2019 be continued to August 2, 2019.

This Stipulation is entered into for the following reasons:

1. Defendant's counsel needs additional time to properly reply to the Government's Response in Opposition to the Defendant's Motion to Dismiss to include researching the issues raised by the Government.

2. Denial of this request for continuance could result in a miscarriage of justice.

1

3. This is the Defendant's 2nd Request for continuance of the Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss.

DATED this 25th day of July, 2019.

/ Andrew M. Leavitt Esq. /

**ANDREW M. LEAVITT, ESQ.**
Bar # 3989
**MATTHEW D. COX, ESQ.**
Bar # 10556
Law Offices of Andrew M. Leavitt
633 S. 7th Street
Las Vegas, NV 89101
Attorney for Defendant

/ Jared L. Grimmer, Esq. /

**JARED L. GRIMMER, ESQ.**
Assistant U.S. Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101
Attorney for Plaintiffs

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC MORENO-OCHOA.<br><br>Defendant | 2:18-cr-00116-JAD-CWH |

IT IS THEREFORE ORDERED that the Defendant's Reply to Government's Response to Defendant's Motion to Dismiss (ECF No. 43) that was due on Friday, August 19, 2019, be continued August 2, 2019.

Dated: August 2, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438