ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
MATTHEW D. COX, ESQ.
Nevada Bar# 10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorney for Defendant,
ERIC MORENO-OCHOA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:18-cr-00116-JAD-DJA-1 |
| Plaintiff, ) | |
| ) | ECF No. 63 |
| vs. ) | |
| ) | |
| ERIC MORENO-OCHOA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Based on the pending Stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED that the sentencing date currently scheduled for December 9, 2019, at the hour of 11:00 a.m. shall be vacated and continued to January 13, 2020, at the hour of 1:30 p.m.

DATED this 26th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

3